**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MARVIN BRADLEY ROSE AND JENNIFER ROSE**　　　　　　**PLAINTIFFS**

**V.**　　　　　　　　　　　**CIVIL ACTION NO. _____**

**POPEYES LOUISIANA KITCHEN, INC.;
VAUGHN BROTHERS, INC. d/b/a POPEYE'S;
GENERAL ELECTRIC COMPANY; CAPITAL
SIGN AND AWNINGS, LLC; DIVERSIFIED
COMMERCIAL BUILDERS, INC.; GILMER
ELECTRIC LLC; ADVANCED BUILDING
SPECIALTIES, INC.; JORCO CONSTRUCTION INC.;
VEGASIGNS & LIGHTING LLC; POWER PRO
ELECTRIC, LLC; SCOTTIE CHUNN;
AND DOE DEFENDANTS 1-10**　　　　　　　　　　**DEFENDANTS**

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW the Plaintiffs Marvin Bradley Rose and Jennifer Rose, by and through their undersigned counsel and pursuant to the Federal Rules of Civil Procedure and files this Notice of Voluntary Dismissal of all claims against all Defendants. This dismissal shall constitute a dismissal without prejudice.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff requests that this Honorable Court receive and enter its Notice of Voluntary Dismissal without Prejudice of claims against all Defendants.

Respectfully submitted this the 15th day of June, 2021.

　　　　　　　　　　　　　　　　　　　　**MARVIN BRADLEY ROSE AND JENNIFER ROSE**

　　　　　　　　　　　　　　　　　　　　**Of Counsel:**

　　　　　　　　　　　　　　　　　　　　\_\_/s/ Thomas J. Bellinder, Esq._____
　　　　　　　　　　　　　　　　　　　　Thomas J. Bellinder (MSB # 103115)
　　　　　　　　　　　　　　　　　　　　**BELLINDER LAW FIRM**
　　　　　　　　　　　　　　　　　　　　Pinnacle at Jackson Place
　　　　　　　　　　　　　　　　　　　　190 E. Capitol Street, Suite 460

Jackson, MS 39201
Phone: (601) 487-9340
Fax: (601) 265-1795
Email: Thomas.Bellinder@BellinderLawFirm.com

and

/s/ Joshua M. Coe, Esq.
Joshua M. Coe (MSB # 104155)
**COE LAW FIRM**
200 E. Government St.
Brandon, MS 39042
Phone: (601) 824-5040